UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FILED

June 22, 2026

CLERK, US DSITRICT COURT
EASTERN DISTRICT OF
CALIFORNIA

UNITED STATES OF AMERICA,

　　　　　Plaintiff,

　　v.

SHAWN LOUIS ROCKWELL

　　　　　Defendant.

Case No.  2:25-cr-0138 DAD

**ORDER FOR RELEASE OF
PERSON IN CUSTODY**

TO:　UNITED STATES MARSHAL:

This is to authorize and direct you to release SHAWN LOUIS ROCKWELL

Case No.  2:25-cr-0138 DAD  Charges 18 USC § 3606 from custody for the following

reasons:

　　　　　_____ Release on Personal Recognizance

　　　　　_____ Bail Posted in the Sum of $ _____

　　　　　　　　　_____ Unsecured Appearance Bond $ _____

　　　　　　　　　_____ Appearance Bond with 10% Deposit

　　　　　　　　　_____ Appearance Bond with Surety

　　　　　　　　　_____ Corporate Surety Bail Bond

　　　　　　　　　　X　　(Other):Released to Investigator Love at **9:00 AM** on
　　　　　　　　　_____ **6/25/2026** to be transported to Wellspace.

Issued at Sacramento, California on June 22, 2026 at 2:29 PM

　　　　　　　By:　/s/ Carolyn K. Delaney

　　　　　　　　　Chief Magistrate Judge Carolyn K. Delaney