DINA L. SANTOS, SBN 204200
Dina L. Santos, A Professional Law Corp.
455 Capitol Mall, Suite 802
Sacramento, California 95814
Telephone: (916) 447-0160

Attorney for
SHAWN ROCKWELL

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>vs.<br>SHAWN ROCKWELL,<br>Defendant | Case No.: 2:25-CR-00138 DAD<br>ORDER OF RELEASE |

**ORDER**

On October 26, 2026, The Court sentenced Mr. Shawn Rockwell to a sentence of time served **effective October 28, 2026**, in the above reference case, with a condition of supervised release that Mr. Rockwell participate in a 6 month residential drug rehabilitation program.

The Court hereby orders Mr. Shawn Rockwell **released at 9:00 a.m. from the Yuba County Jail on October 28, 2026**, to Investigator Bobby Love. Mr. Love will transport Mr. Rockwell to the Salvation Army program located in Lodi, California.

/////

/////

/////

The Court further orders that the Yuba County Jail provide Mr. Rockwell with a 30 day supply of all prescribed medication and a current prescription for at least one refill.

IT IS SO ORDERED.

Dated: **October 26, 2026**

Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE